UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESTRADA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SANTA FE SHOPPING DEPOT, LTD, a California Limited Partnership; RICHARD S. GOETZ & COMPANY, INC., a California Corporation; TROPHY PROPERTIES, INC., a California Corporation; and DOES 1 through 10,<br><br>　　　　　　　　　　Defendants. | Case No.: 18cv123 JM (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING** |

　　　The parties jointly move the court to extend the time for Defendants Santa Fe Shopping Depot, Ltd, Richard S. Goetz & Company, Inc., and Trophy Properties, Inc. (collectively, "Defendants") to file a responsive pleading to Plaintiff Jose Estrada's complaint. (Doc. No. 6.) A responsive to the complaint was due by March 5, 2018. The court notes that the parties waited until 4:45 p.m. on the day Defendants' response was due to seek this thirty-day extension. Any further such request shall be made sufficiently in advance so as to avoid the risk of a denial resulting in default status.

*///*

*///*

1

In light of the parties' representation that they are meeting and conferring in an attempt to resolve this matter, the court grants the motion. Defendants must answer or otherwise respond to Plaintiff's complaint on or before *April 4, 2018*.

IT IS SO ORDERED.

DATED: March 6, 2018

_____
JEFFREY T. MILLER
United States District Judge