CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

BRUNO W. KATZ (SBN: 174876)
bruno.katz@wilsonelser.com
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
401 West A Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 321-6200
Facsimile: (619) 321-6201
Attorney for Defendants
Santa Fe Shopping Depot, LTD., Richard S. Goetz &Company, Inc. and Trophy Properties, Inc.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESTRADA, | ) Case No.: 3:18-CV-00123-JM-NLS |
|  Plaintiff, | ) |
|  | ) **JOINT NOTICE OF SETTLEMENT** |
|  v. | ) |
|  | ) |
| SANTA FE SHOPPING DEPOT, LTD., a California Limited Partnership; RICHARD S. GOETZ &COMPANY, INC., a California Corporation; TROPHY PROPERTIES, INC., a California Corporation; and Does 1-10, | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
|  Defendants. | ) |

The Parties hereby jointly notify the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and further the interests of judicial economy.

All Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that the Joint Motion for Dismissal with prejudice as to all parties will be filed within 60 days. The Parties further request that the Court schedule a Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their attorneys of record shall show cause why this case has not been dismissed.

Dated: May 25, 2018                 CENTER FOR DISABILITY ACCESS

                                    By: /s/ Phyl Grace
                                        Phyl Grace
                                        Attorneys for Plaintiff

Dated: May 25, 2018                 WILSON,      ELSER,      MOSKOWITZ,
                                    EDELMAN & DICKER LLP

                                    By: /s/ Bruno W. Katz
                                        Bruno W. Katz
                                        Attorney for Defendants
                                        Santa Fe Shopping Depot, LTD., Richard
                                        S. Goetz &Company, Inc. and
                                        Trophy Properties, Inc.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Bruno W. Katz, counsel for Santa Fe Shopping Depot, LTD., Richard S. Goetz &Company, Inc. and Trophy Properties, Inc., and that I have obtained Mr. Katz's authorization to affix his electronic signature to this document.

Dated: May 25, 2018                                    CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
       Phyl Grace
       Attorney for Plaintiff