CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

BRUNO W. KATZ (SBN: 174876)
bruno.katz@wilsonelser.com
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
401 West A Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 321-6200
Facsimile: (619) 321-6201
Attorney for Defendants
Santa Fe Shopping Depot, LTD., Richard S. Goetz &Company, Inc. and Trophy Properties, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESTRADA,<br><br>    Plaintiff,<br><br>    v.<br><br>SANTA FE SHOPPING DEPOT, LTD., a California Limited Partnership; RICHARD S. GOETZ &COMPANY, INC., a California Corporation; TROPHY PROPERTIES, INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 3:18-CV-00123-JM-NLS<br><br>**JOINT MOTION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)** |

1

# **MOTION**

Pursuant to F.R.CIV.P. 41 (a)(1), the parties hereby apply to the court that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This motion is made as the matter has been resolved to the satisfaction of all parties.

Dated: June 14, 2018          CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
    Phyl Grace
    Attorneys for Plaintiff

Dated: June 14, 2018          WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/ Bruno W. Katz
    Bruno W. Katz
    Attorney for Defendants
    Santa Fe Shopping Depot,
    LTD., Richard S. Goetz &Company,
    Inc. and Trophy Properties, Inc.

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Bruno W. Katz, counsel for Santa Fe Shopping Depot, LTD., Richard S. Goetz & Company, Inc. and Trophy Properties, Inc., and that I have obtained Mr. Katz's authorization to affix his electronic signature to this document.

Dated: June 14, 2018            CENTER FOR DISABILITY ACCESS

                                By: /s/ Phyl Grace
                                    Phyl Grace
                                    Attorneys for Plaintiff